IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| United States of America<br>*Plaintiff*<br><br>Vs.<br><br>Delvis E. Alies-Vargas [3]<br>*Defendant* | Criminal No. 17-648 (FAB) |

## NOTICE OF APPEAL

To the Honorable Court:

COMES NOW Defendant, Delvis E. Alies-Vargas and before this Honorable Court states

that notice is hereby given that Delvis E. Alies-Vargas hereby appeals to the United States Court

of Appeals for the First Circuit from a final judgment entered in this action on July 10, 2018

published and notified on the same day (Docket No. 88).

IN VIEW OF THE FOREGOING, we request that this request be noted.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico this July _17_ 2018.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this same date and by electronic CM/EC filing system, copy of this
Motion has been sent to the U.S. Attorney's Office and all others registered to receive notification
by electronic mail.

Delvis E. Alies-Vargas

/s/Miguel Oppenheimer
Miguel Oppenheimer
USDC No. 220012
P.O. Box 10522
San Juan PR, 00922-0522
Tel. 787-375-6033
miguelo@oppenheimerlaw.com